KARL GASSMAN, Appellant, *v.* R. & W. TRUCKING Co., INC., Respondent.

Argued January 7, 1948; decided January 16, 1948.

*J. Stanley Cohen* for appellant.
*Harold M. Harkavy* and *Frederick M. Garfield* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.